**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JEROME STRODER, | No. C 07-4593 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M. D. LIZE; R. N. MAGGIE, Head Nurse; and ALAMEDA COUNTY SHERIFF'S DEPARTMENT, | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. On screening the complaint was dismissed with leave to amend within thirty days. The order has been returned as undeliverable. Petitioner has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: May  27 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\STRODER4593.DIS-mail.wpd