IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JEROME STRODER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. D. LIZE; R. N. MAGGIE, Head Nurse; and ALAMEDA COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendants.　　　　　　／ | No. C 07-4593 WHA (PR)<br><br>**JUDGMENT** |

　　　The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

　　　**IT IS SO ORDERED.**

Dated: May   27  , 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\STRODER4593.JUD.wpd