OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Tony Jerome Stroder
P-60681
San Quentin State Prison
San Quentin, CA 94974

12/21/07
REG 2

RETURN TO SENDER

SAN FRANCISCO CA 941
28 MAY 2008

**FILED**

MAY 30 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



02 1A
0004329882
MAILED FROM ZIPCODE 94102
UNITED STATES POSTAGE
$ 00.59
MAY 28 2008