OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Tony Jerome Stroder
P-0681
[redacted] Prison
974

12/21/07
rac
REG 2

SAN FRANCISCO CA 941
28 MAY 2008


RETURN TO SENDER


02 1A
0004329882
MAILED FROM ZIPCODE 94102
MAY 28 2008
$00.59

FILED
MAY 3 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA